**Fill in this information to identify the case:**

Debtor name **International Union of Police Associations AFL-CIO**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **8:26-bk-03159-CED**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 6, 2026** X Samuel A. Cabral

Signature of individual signing on behalf of debtor

**Samuel A. Cabral**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **International Union of Police Associations AFL-CIO**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **8:26-bk-03159-CED**

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ **3,836,050.39** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ **3,836,050.39** |

**Part 2: Summary of Liabilities**

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ **2,250,000.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ **0.00** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ **1,722,551.00** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ **3,972,551.00** |

**Fill in this information to identify the case:**

Debtor name **International Union of Police Associations AFL-CIO**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **8:26-bk-03159-CED**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 2. | **Cash on hand** | | | **$489.00** |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*<br>Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Bank of Oklahoma** | **Checking** | **6437** | **$3,131.00** |
| 3.2. | **Capital Bank** | **Checking** | **0425** | **$1,763.00** |
| 3.3. | **Capital Bank** | **Checking** | **1413** | **$4,547.17** |
| 3.4. | **Capital Bank** | **Checking** | **3175** | **$13,049.76** |
| 3.5. | **Capital Bank** | **Checking** | **0378** | **$13,767.00** |
| 3.6. | **PNC Pinnacle** | **Checking** | **7471** | **$25,000.00** |

Debtor **International Union of Police Associations AFL-CIO** Case number *(If known)* **8:26-bk-03159-CED**
Name

| | | | | |
|---|---|---|---|---|
| 3.7. | **PNC Pinnacle** | **Sweep** | **1112** | **$534,619.51** |
| 3.8. | **Regions Bank** | **Checking** | **3008** | **$10,052.87** |
| 3.9. | **Regions Bank** | **Checking** | **6805** | **$1,891.26** |
| 3.10. | **Truist** | **Checking** | **1371** | **$56,797.59** |
| 3.11. | **Truist** | **Checking** | **1089** | **$557,605.05** |
| 3.12. | **Truist** | **Checking** | **7078** | **$700.00** |
| 3.13. | **Bank of Labor** | **Checking** | **0921** | **$60,000.00** |
| 3.14. | **Bank of Labor** | **Investment** | **0929** | **$126,703.26** |
| 3.15. | **Bank of Labor** | **Money Market** | **7447** | **$68,339.34** |
| 3.16. | **Bank of Labor** | **Checking** | **5757** | **$3,273.64** |
| 3.17. | **BayFirst Financial** | **Checking** | **0283** | **$17,457.40** |
| 3.18. | **BayFirst Financial** | **Money Market** | **0681** | **$223,376.86** |
| 3.19. | **Anew Advisors** | **Money Market** | | **$404,173.67** |
| 3.20. | **Anew Advisors** | **Money Market** | | **$125.41** |

Debtor **International Union of Police Associations AFL-CIO** Case number *(If known)* **8:26-bk-03159-CED**
Name

4. **Other cash equivalents** *(Identify all)*

4.1. **PNC Pinnacle CD** **$1,075,388.77**

5. **Total of Part 1.** **$3,202,251.56**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1. **Florida Power & Light Deposit (Acct. No. 51248)** **$760.00**

7.2. **Lease Security Deposit (landlord: 5397 LLC)** **$6,321.00**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1. **Deposit for Convention (Paris Las Vegas)** **$100,000.00**

8.2. **Prepaid Legal Services (PORAC LDF)** **$329,851.30**

8.3. **Pitney Bowes Financial** **$1,471.41**

8.4. **Hartford General Liability Insurance (general insurance, prepaid 12/15/2025-12/15/2026)** **$6,129.65**

8.5. **ULLICO (union insurance, prepaid for 03/08/2026-03/08/2027)** **$79,151.68**

8.6. **LandMark American Insurance (professional insurance, prepaid for 05/20/2025-05/20/2026)** **$14,778.76**

8.7. **Liberty Mutual (property insurance, prepaid for 12/15/2025-12/15/2026)** **$16,058.12**

Debtor **International Union of Police Associations AFL-CIO** Case number *(If known)* **8:26-bk-03159-CED**
Name

8.8. **Zurich (crime, labor insurance, prepaid for 12/15/2025-12/15/2026)** **$2,830.00**

8.9. **BCS (cyber crime insurance, prepaid for 03/11/2026-03/11/2027)** **$5,305.53**

8.10. **Hartford Auto Insurance (commercial auto insurance, prepaid for 12/15/2025-12/15/2026)** **$12,680.00**

9. **Total of Part 2.** **$575,337.45**
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: **20,775.38** (face amount) - **714.00** (doubtful or uncollectible accounts) = .... **$20,061.38**

12. **Total of Part 3.** **$20,061.38**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |
| | **Office Supplies** | | **$0.00** | | **$2,000.00** |

Debtor **International Union of Police Associations AFL-CIO** Case number *(If known)* **8:26-bk-03159-CED**
Name

23. **Total of Part 5.** **$2,000.00**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**See attached list** | **$0.00** | **Liquidation** | **$6,350.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**See attached list** | **$12,550.00** | **Liquidation** | **$0.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.** **$6,350.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

Office Property - Furniture

IUPA

| Description | Est Value | Original Installed Cost |
|---|---|---|
| TYPEWRITER | $ 75.00 | $ 594.00 |
| GENERATORS | $ 250.00 | $ 4,297.00 |
| REFRIGERATOR | $ 100.00 | $ 450.00 |
| OFFICE FURNITURE | $ 400.00 | $ 3,867.00 |
| CONFERENCE ROOM CHAIRS | $ 600.00 | $ 4,999.00 |
| SOFA | $ 200.00 | $ 1,807.00 |
| OFFICE FURNITURE | $ 500.00 | $ 3,922.00 |
| CONFERENCE ROOM TABLE | $ 400.00 | $ 7,788.00 |
| LATERAL FILES (13) | $ 400.00 | $ 6,616.00 |
| OFFICE FURNITURE | $ 350.00 | $ 2,600.00 |
| CHAIRS/SOFA/BOOKCASE(SAC) | $ 600.00 | $ 4,423.00 |
| SILK PLANTS & FLOWERS | $ 100.00 | $ 667.00 |
| FURNITURE (GEN COUNSEL) | $ 400.00 | $ 2,357.00 |
| EXECUTIVE CHAIR MC | $ 400.00 | $ 1,605.00 |
| PICTURES | $ 200.00 | $ 1,100.00 |
| OFFICE FURNITURE (T.SCOTT) | $ 300.00 | $ 4,697.00 |
| CONFERENCE TABLE SIDE TABLE | $ 25.00 | $ 104.00 |
| OFFICE FURNITURE | $ 150.00 | $ 1,893.00 |
| SILK PLANTS & FL OWERS | $ 100.00 | $ 717.00 |
| RACKSTATION RS | $ 600.00 | $ 1,284.00 |
| COMPANY SIGN | $ 200.00 | $ 400.00 |
| | $ 6,350.00 | $ 56,187.00 |

Office Property - Computers/Tech

IUPA

| Description | Est Value | Original Installed Cost |
| --- | --- | --- |
| STORAGE CRAFT SHADOW PROJECT | $ 350.00 | $ 1,756.00 |
| TELEVISIONS(3) | $ 100.00 | $ 1,097.00 |
| BATIERY BACKUP FOR HQ | $ 250.00 | $ 642.00 |
| LATERAL FILES (13) | $ 800.00 | $ 6,616.00 |
| CHAIRS/SOFA/BOOKCASE(SAC) | $ 450.00 | $ 4,423.00 |
| MAGICARD ID CARD PRINTER | $ 600.00 | $ 2,371.00 |
| SYNOLOGY DISKSTA TION 5-BAY | $ 550.00 | $ 749.00 |
| DELL 7000 32GB HQ | $ 100.00 | $ 782.00 |
| DELL 7000 32GB HQ | $ 100.00 | $ 782.00 |
| SERVER DROPBOX | $ 350.00 | $ 642.00 |
| APC 2200VA SMART UPS SMART CONNECT | $ 400.00 | $ 1,252.00 |
| DELL 7000 32GB HQ | $ 150.00 | $ 796.00 |
| SMARTCONNECT | $ 200.00 | $ 941.00 |
| CPUFOR DELL SERVER | $ 200.00 | $ 576.00 |
| DELL 7000 32GB PRESIDENT OFF HQ | $ 250.00 | $ 1,043.00 |
| HP ENVY LAPTOP | $ 150.00 | $ 669.00 |
| COMPUTER FLD | $ 250.00 | $ 1,451.00 |
| COMP CINNAMON | $ 300.00 | $ 1,081.00 |
| RACKSTATION RS | $ 250.00 | $ 1,284.00 |
| CONVENTION CC MACHINE | $ 200.00 | $ 824.00 |
| SONICWALL SECURITY APPLIANCE | $ 250.00 | $ 546.00 |
| DELL OPTIPLEX DESKTOP (ELIE) | $ 200.00 | $ 748.00 |
| DELL SERVER | $ 900.00 | $ 2,354.00 |
| DELL SONICWALL HQ | $ 800.00 | $ 1,872.00 |
| WESTERNDIGITALPROSURVEILANCE HARO OR | $ 200.00 | $ 258.00 |
| WESTERNDIGITAL PROSURVEILANCE HARD DR | $ 200.00 | $ 258.00 |
| LENOVO TH INK PAD L6020 | $ 150.00 | $ 309.00 |
| LENOVO THINK PAO L6020 | $ 150.00 | $ 309.00 |
| BOARD FOR SYNOLOGY NAS SERVER GA | $ 150.00 | $ 630.00 |
| BOARD FOR SERVER GA | $ 150.00 | $ 642.00 |
| DELL 7000 32GB IT GA | $ 150.00 | $ 674.00 |
| DELL 7010 64GB ACCOUNTING HQ | $ 200.00 | $ 1,209.00 |
| DELL 7000 32GB HQ | $ 150.00 | $ 796.00 |
| MACBOOK PRO LEGAL HQ | $ 400.00 | $ 2,353.00 |
| COMPANY SIGN | $ 100.00 | $ 400.00 |
| Dell7000 MC | $ 100.00 | $ 999.00 |
| Dell7000 BS | $ 100.00 | $ 791.00 |
| HP Pavilion 16GB (IT) | $ 100.00 | $ 856.00 |
| Camera Photo Lenses | $ 100.00 | $ 641.00 |
| Intel PC 32G -Conf.Room | $ 400.00 | $ 1,069.00 |
| UGREEN Intel Pentium Core CPU 128G | $ 150.00 | $ 637.00 |
| Dell Power Supply for R720 | $ 150.00 | $ 637.00 |
| Ublquiti nerwork Unifi Switch PRO 24-port | $ 250.00 | $ 854.00 |
| Ub iquiti Unifi Switch PRO 48 port | $ 200.00 | $ 641.00 |
| UbiquiliSwitch 48 port | $ 100.00 | $ 589.00 |
| Ubiquiti Unifi 24 port Switch | $ 100.00 | $ 447.00 |
| Dell OptiPlex Desktop Com | $ 150.00 | $ 547.00 |
| Case Comp for Al devel | $ 500.00 | $ 728.00 |
| | $ 12,550.00 | $ 52,571.00 |

Debtor **International Union of Police Associations AFL-CIO** Case number *(If known)* **8:26-bk-03159-CED**
Name

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2019 Ford Escape (mileage 74,304)** | **$0.00** | **Comparable sale** | **$7,500.00** |
| 47.2. | **2020 Ford Explorer (mileage 73,734)** | **$0.00** | **Comparable sale** | **$20,800.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.** **$28,300.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|---|
| 55.1. | **5632 Bee Ridge Road, Floor 2, Sarasota, FL 34233-1556** | **Lease** | **$0.00** | | **Unknown** |

56. **Total of Part 9.** **$0.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.

Debtor **International Union of Police Associations AFL-CIO** Case number *(If known)* **8:26-bk-03159-CED**
Name

Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| | **Trademark (name), Serial Number 98160742, Registration Number 7481277** | **$0.00** | | **Unknown** |
| | **Trademark (IUPA acronym), Serial Number 87270006, Registration Number 5245217** | **$0.00** | | **Unknown** |
| | **Trademark (logo and wordmark), Serial Number 98146246, Registration Number 7479641** | **$0.00** | | **Unknown** |
| 61. | **Internet domain names and websites** | | | |
| | **https://iupa.org/** | **$0.00** | | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| | **Member names and addresses** | **$0.00** | | **$0.00** |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.** **$0.00**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

An official website of the United States government Here's how you know



# Trademark search



**Please read**

**Use our new image search feature:** Log into your USPTO.gov account and select "Image search" from the drop-down or select the camera icon in the search box. Learn more on our Trademark search system updates page.

Wordmark: international union of police

**Result 1 of 39,185** for international union of police



**Trademark**

INTERNATIONAL UNION OF POLICE ASSOCIATIONS

**Wordmark**
INTERNATIONAL UNION OF POLICE ASSOCIATIONS

**Serial number**
98160742

**Filing date**

**Registration date**

**Registration number**
7481277

**Status**

**Status date**

**Registration type**

**Case status**

**Publication date**

**Class**
035

**TM5 Status**

## Goods and services

IC 035: Association services, namely, promoting the interests of law enforcement officers; Labor unions.

## Current owner

**Ownership transitions**
No assignments

Feedback

## Mark information

**Mark literal element**
INTERNATIONAL UNION OF POLICE ASSOCIATIONS

**Standard character claim**

**Mark type**

**Mark drawing code**

**Description**
N/A

**Translation**
N/A

**Transliteration**
N/A

**Disclaimer**
N/A

**Design codes**

## Basis information

N/A

## Attorney information

N/A

## Correspondence information

**Name**

**Address**

**Email**

## Prosecution history and documents

Documents only

| Date ↓ | Description | Docum | Proceeding |
|---|---|---|---|

Items per page: 5 0 of 0

## Proceedings

N/A

## International registration (Section 66a)

N/A

## Foreign information

N/A

## Maintenance information

**Declaration**
N/A

**Declaration of incontestability**
N/A

**Process status**
N/A

**Office action**
N/A

**Next form to file**
N/A

**Earliest renewal date**
N/A

**Latest renewal date without additional fee**
N/A

**Latest renewal date with additional fee**
N/A

About the USPTO • Search for patents • Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Terms of Use
Financial and Performance Data
Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com Subscribe

Follow us

An official website of the United States government Here's how you know



# Trademark search



**Please read**

**Use our new image search feature:** Log into your USPTO.gov account and select "Image search" from the drop-down or select the camera icon in the search box. Learn more on our Trademark search system updates page.

Wordmark: international union of police

**Result 6 of 39,185** for international union of police



**Trademark**

IUPA

**Wordmark**
IUPA

**Serial number**
87270006

**Filing date**

**Registration date**

**Registration number**
5245217

**Status**

**Status date**

**Registration type**

**Case status**

**Publication date**

**Class**
035

**TM5 Status**

## Goods and services

IC 035: Association services, namely, promoting the interests of law enforcement and law enforcement support personnel; Labor unions.

## Current owner

**Ownership transitions**
No assignments

## Mark information

**Mark literal element**
IUPA

**Standard character claim**

**Mark type**

**Mark drawing code**

**Description**
N/A

**Translation**
N/A

**Transliteration**
N/A

**Disclaimer**
N/A

**Design codes**

## Basis information

N/A

## Attorney information

N/A

## Correspondence information

**Name**

**Address**

**Email**

## Prosecution history and documents

Documents only

| Date ↓ | Description | Docum | Proceeding |
|---|---|---|---|

Items per page: 5 0 of 0

## Proceedings

N/A

## International registration (Section 66a)

N/A

## Foreign information

N/A

## Maintenance information

**Declaration**
N/A

**Declaration of incontestability**
N/A

**Process status**
N/A

**Office action**
N/A

**Next form to file**
N/A

**Earliest renewal date**
N/A

**Latest renewal date without additional fee**
N/A

**Latest renewal date with additional fee**
N/A

About the USPTO • Search for patents • Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Terms of Use
Financial and Performance Data
Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

**Receive updates from the USPTO**

Enter your email to subscribe or update your preferences

your@email.com Subscribe

Follow us

An official website of the United States government Here's how you know



## Trademark search



**Please read**

**Use our new image search feature:** Log into your USPTO.gov account and select "Image search" from the drop-down or select the camera icon in the search box. Learn more on our Trademark search system updates page.

Wordmark international union of police

**Result 3 of 39,185** for international union of police



**Trademark**

**Wordmark**
THE VOICE OF LAW ENFORCEMENT OFFICERS INTERNATIONAL UNION OF POLICE ASSOCIATIONS ORGANIZED 1978

**Serial number**
98146246

**Filing date**

**Registration date**

**Registration number**
7479641

**Status**

**Status date**

**Registration type**

**Case status**

**Publication date**

**Class**
035

**TM5 Status**

Feedback

## Goods and services

IC 035: Association services, namely, promoting the interests of law enforcement officers; Labor unions.

## Current owner

**Ownership transitions**
No assignments

## Mark information

**Mark literal element**

THE VOICE OF LAW ENFORCEMENT OFFICERS INTERNATIONAL UNION OF POLICE ASSOCIATIONS ORGANIZED 1978

**Standard character claim**

**Mark type**

**Mark drawing code**

**Description**

N/A

**Translation**

N/A

**Transliteration**

N/A

**Disclaimer**

N/A

**Design codes**

## Basis information

N/A

## Attorney information

N/A

## Correspondence information

**Name**

**Address**

**Email**

## Prosecution history and documents

Documents only

| Date ↓ | Description | Docum | Proceeding |
|---|---|---|---|

Items per page: 5 0 of 0

## Proceedings

N/A

## International registration (Section 66a)

N/A

## Foreign information

N/A

## Maintenance information

**Declaration**
N/A

**Declaration of incontestability**
N/A

**Process status**
N/A

**Office action**
N/A

**Next form to file**
N/A

**Earliest renewal date**
N/A

**Latest renewal date without additional fee**
N/A

**Latest renewal date with additional fee**
N/A



**Receive updates from the USPTO**

Enter your email to subscribe or update your preferences

your@email.com Subscribe

Follow us

Debtor **International Union of Police Associations AFL-CIO** Case number *(If known)* **8:26-bk-03159-CED**
Name

■ No
☐ Yes

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| **Prepaid certificate for purchase of Glock firearms (5 certificates, debtor paid $350.00 each)** | **$1,750.00** |

78. **Total of Part 11.** **$1,750.00**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **International Union of Police Associations AFL-CIO** Case number *(If known)* **8:26-bk-03159-CED**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$3,202,251.56** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$575,337.45** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$20,061.38** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$2,000.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$6,350.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$28,300.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*.........> | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$1,750.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$3,836,050.39** | + 91b. **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$3,836,050.39** |

**Fill in this information to identify the case:**

Debtor name **International Union of Police Associations AFL-CIO**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **8:26-bk-03159-CED**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.1 Jane Doe CACE-22-016313 | $2,250,000.00 | $0.00 |
| 2.2 Rite Technology Inc. | $0.00 | $0.00 |

**2.1 Jane Doe CACE-22-016313**

Creditor's Name

**c/o Tonja Haddad, Esq.**
**Tonja Haddad, PA**
**315 SE 7th St, Ste 301**
**Fort Lauderdale, FL 33301**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**all property subject to execution pursuant to section 56.061, Fla. Stat.**

**Describe the lien**

**Judgment Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

**2.2 Rite Technology Inc.**

Creditor's Name

**PO Box 609**
**Cedar Rapids, IA 52406**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**04/08/2021**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**

**various printers, copiers, scanners, faxes, and accessories**

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
■ Unliquidated
■ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$2,250,000.00**

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Eisenberg & Baum LLP**<br>**24 Union Square East**<br>**Penthouse**<br>**New York, NY 10003-3201** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name **International Union of Police Associations AFL-CIO**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **8:26-bk-03159-CED**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**

**Bank of Labor**
**11810 West 75th Street**
**Shawnee, KS 66214**

**Date(s) debt was incurred** 02/21/2019

**Last 4 digits of account number** 0001

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,722,551.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** loan (secured by non-debtor assets)

Is the claim subject to offset? ■ No ☐ Yes

3.2 **Nonpriority creditor's name and mailing address**

**Truist Bank**
**PO Box 1626**
**Wilson, NC 27894-9961**

**Date(s) debt was incurred** 08/16/2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,722,551.00 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 1,722,551.00 |

**Fill in this information to identify the case:**

Debtor name **International Union of Police Associations AFL-CIO**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **8:26-bk-03159-CED**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **commercial lease for property located 5397 Orange Dr., Davie, FL 33314** | **5397 LLC<br>5397 Orange Drive, Suite 102<br>Davie, FL 33314** |
| State the term remaining | **lease ends 9/1/2030** | |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **lease for copiers and printers** | **Leaf Capital Funding, LLC<br>2005 Market St., 14th Floor<br>Philadelphia, PA 19103** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **lease of folder inserter machinery** | **PEAC Solution<br>P.O. Box 13604<br>Philadelphia, PA 19101-3604** |
| State the term remaining | | |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **International Union of Police Associations AFL-CIO**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **8:26-bk-03159-CED**

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **IU Infrastructure, LLC** | **5362 Bee Ridge Road**<br>**Suite 200**<br>**Sarasota, FL 34233** | **Bank of Labor** | ☐ D<br>■ E/F **3.1**<br>☐ G |